IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALLEY FORGE LIFE INSURANCE COMPANY,

        Plaintiff,

  v.

DENA HULSE, et al.,

        Defendant.

                                           /

No. C 06-6415 PJH

**ORDER TO SHOW CAUSE**

      Plaintiff Valley Forge Life Insurance Company and defendant Carol Hulse having filed a joint case management statement and having appeared at the case management conference as ordered, and defendant Dena Hulse having neither participated in the preparation of the joint case management statement nor appeared at the case management conference as ordered in this interpleader action,

      THE COURT hereby issues an ORDER TO SHOW CAUSE why Dena Hulse's default should not be entered for her failure to prosecute her claim to the interpleaded funds.

      A hearing on the order to show cause will be held on **February 8, 2007** at 2:30 p.m. If Dena Hulse fails to appear and if satisfactory proof of service is provided, her default will be entered.

      **IT IS SO ORDERED.**

Dated: January 19, 2007

                                                  PHYLLIS J. HAMILTON
                                                  UNITED STATES DISTRICT JUDGE