UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALLEY FORGE LIFE INSURANCE COMPANY,

    Plaintiff,

    v.

DENA HULSE, an individual and as mother an natural guardian of BRIAN HULSE, a minor, and CAROL HULSE, an individual,

    Defendants.
_____/

No. C 06-6415 PJH

**ORDER DENYING MOTION FOR DISCHARGE OF STAKEHOLDER AND DIRECTING RETURN OF FUNDS**

On July 6, 2007, this court deferred ruling on plaintiff Valley Forge Life Insurance Company's ("Valley Forge") motion for discharge of stakeholder in the interpleader action. The court allowed Valley Forge the opportunity to submit briefing to the court within fifteen days with authority that the court could exercise jurisdiction over the stakeholder fund in the absence of jurisdiction over the underlying dispute. The court noted that if it did not receive such briefing, it would deny Valley Forge's motion without prejudice, enter judgment on the entire case, and direct the clerk to return the funds to the stakeholder. As Valley Forge has not submitted any briefing to the court, it is hereby ORDERED that Valley Forge's motion is DENIED WITHOUT PREJUDICE to refiling the motion in the proper court. The clerk is hereby DIRECTED to return the funds to the stakeholder.

**IT IS SO ORDERED.**

Dated: July 26, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge